```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

GLAZIERS ARCHITECTURAL METAL  )
AND GLASSWORKERS LOCAL 513,   )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
      vs.                     )     No. 4:06-CV-153 (CEJ)
                              )
SALEM PAINT AND GLASS, INC.,  )
and ARFIE E. GREER, JR.,      )
                              )
            Defendants.       )

### ORDER

Because plaintiffs have filed a new action, <u>Glaziers Architectural Metal and Glassworkers Local 513, et al. v. Salem Paint and Glass, Inc. and Arfie Greer</u>, Case No. 4:07-CV-199 (CEJ), asserting the claim they seek to assert in their proposed amended complaint in this action,

**IT IS HEREBY ORDERED** that leave to file the proposed amended complaint [#17] in this action is **denied**.

                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2007.